UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

NANCY S. CARROLL, *as*
*Administrator of the Estate of Zachary*
*Hill, Deceased,*

              Plaintiff,

    v.

UNITED STATES OF AMERICA;
PEMBROKE FAMILY MEDICINE;
THOMAS FINN, ANP,

              Defendants

_____

23-CV-549 (JLS) (LGF)

### DECISION AND ORDER

Plaintiff commenced this action, which alleges claims against Defendants based on the death of her son, Zachary Hill, resulting from accidental acute intoxication from the combined effects of several drugs. *See generally* Dkt. 1. After the answer was filed, this Court referred the case to United States Magistrate Judge Leslie G. Foschio for all proceedings under 28 U.S.C. §§ 636(b)(1)(A), (B), and (C). Dkt. 9.

On July 10, 2025, all Defendants moved—through two separate motions—for summary judgment. Dkt. 47 (Pembroke Defendants); Dkt. 48 (Defendant United States). Plaintiff opposed both motions. Dkt. 58; Dkt. 60. Defendant United States replied. Dkt. 61.

On July 9, 2026, Judge Foschio issued a Report and Recommendation ("R&R"), recommending that this Court (1) grant the Pembroke Defendants' and Defendant United States' motions for summary judgment, and (2) direct the Clerk of Court to close the case. Dkt. 64. No party filed objections, and the time to do so has passed.

A district court may accept, reject, or modify the findings or recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). A district court must conduct a *de novo* review of those portions of a magistrate judge's recommendation to which a party objects. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3). But neither 28 U.S.C. § 636 nor Federal Rule of Civil Procedure 72 requires a district court to review the recommendation of a magistrate judge to which no objections are raised. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985).

This Court carefully reviewed the R&R. Based on that review—as well as the lack of objections—the Court accepts and adopts Judge Foschio's recommendation.

For the reasons stated above and in the R&R, this Court GRANTS the Pembroke Defendants' motion for summary judgment (Dkt. 47) and GRANTS Defendant United States' motion for summary judgment (Dkt. 48). The Clerk of Court shall close this case.

SO ORDERED.

Dated:     August 13, 2026
           Buffalo, New York

_____
JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE

2